# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2638
LT Case No. 1978-CF-2874-C

_____

ROBERT VINCENT ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Robert Vincent Anderson, Crawfordville, pro se.

No Appearance for Appellee.

November 28, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and EISNAUGLE and PRATT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————